# Exhibit 1

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALISHA BRIGGS,                          )
                                        )
              Plaintiff,                )
                                        )
    vs.                                 )
                                        )      NO. 3:14-cv-05608-RBL
                                        )
UNITED STATES OF AMERICA;               )
and PENNY M. FAIRES, M.D.,              )
and SCOTT KENNEDY, wife                 )
and husband,                            )
                                        )
              Defendants.               )

DEPOSITION UPON ORAL EXAMINATION OF
CAROL FORD, LPN
February 25, 2015
Tacoma, Washington

Taken Before:
Kristin D. Manley, RPR, CCR
Registered Professional Reporter
of
Capitol Pacific Reporting, Inc.
2401 Bristol Court SW, Suite C-103, Olympia, WA 98502
Tel (360) 352-2054  Fax (360) 705-6539  Toll Free (800) 407-0148
Tacoma, WA            Seattle, WA          Aberdeen, WA
(253) 564-8494        (206) 622-9919       (360) 532-7445

Chehalis, WA        Bremerton, WA
(360) 330-0262      (360) 373-9032
www.capitolpacificreporting.com
admin@capitolpacificreporting.com

CAROL FORD, LPN - by Mr. Kahler

8

1           instance a catheter.

2    Q     Okay.  Did you have the ability to do catheter

3          procedures at the Ocean Shores clinic?

4    A     Yes, very rarely.

5    Q     Okay.

6                MR. FAIN:  You are talking urinary catheters now;

7          correct?

8                THE WITNESS:  Correct.

9                MR. FAIN:  Okay.

10               THE WITNESS:  Correct.

11         BY MR. KAHLER:

12   Q     During the time that you worked at the Sea Mar clinic at

13         Ocean Shores, were there generally two physicians

14         working at the clinic?

15   A     Yes.

16   Q     And did you have an understanding during the time that

17         you worked there about which physicians were employed by

18         Sea Mar and which were not employed by Sea Mar?

19   A     Yes.

20   Q     And how did you get that understanding?

21   A     Just by conversations with the provider.

22   Q     Okay.  During the time that you worked at the Ocean

23         Shores clinic, how - what percentage of the time were

24         the two physicians that worked there employed by Sea Mar

25         as opposed to not being employed by Sea Mar?

9

1              MS. CHAN:  And for the record, same objection as

2          before.  To the extent that you are asking anything of

3          her more than just as a percipient fact witness.  She is

4          not in HR, she is not a supervisor and she's not in

5          management and she is being deposed purely in her role

6          as a nurse who worked at Sea Mar.

7              Go ahead and answer.

8              THE WITNESS:  The question again?

9      BY MR. KAHLER:

10   Q    Yeah.  During the time that you worked at the Ocean

11        Shores clinic, what is your understanding of how often

12        the two physicians that worked there were employed by

13        Sea Mar as opposed to not being employed by Sea Mar?

14   A    I can just remember one.

15   Q    Who was employed by Sea Mar or who was not?

16   A    Who was not.

17   Q    And who was that?

18   A    Penny.

19   Q    Okay.  And that's Penny Faires?

20   A    Correct.

21   Q    How long did she work there?

22   A    I do not recall.

23   Q    And how did you know that she was not employed by Sea

24        Mar?

25   A    By her conversation.

14

1       Mar employee was Dr. Faires?

2   A   Correct.

3   Q   Okay.  Do you know whether - whether other physicians

4       who worked there were Sea Mar employees or do you know

5       what their - what their employment relationship was with

6       Sea Mar?

7   A   I do not.

8   Q   Were there any - any signs in the lobby at the clinic

9       that had the names of physicians working at the clinic

10      on them?

11  A   I don't remember.

12  Q   Chassidy Jones had testified about a whiteboard that had

13      the names of doctors and if they were - if they were

14      behind.  Do you recall anything about that?

15  A   I do remember the whiteboard, yes, I do, with the

16      doctor's name and the time - what the waiting period

17      was, now that you say that.

18  Q   Okay.  And do you recall where that was in the lobby?

19  A   Yes, I do.

20  Q   Where was that located?

21  A   This is the front desk.  It was on the wall right to the

22      right --

23  Q   Okay.

24  A   -- of the receptionist.  So as people came here, that

25      was right - they could see it.

Exhibit 2

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

---

ALISHA BRIGGS,                    )
                                  )
              Plaintiff,          )
                                  )
vs.                               )
                                  )   NO. 3:14-cv-05608-RBL
UNITED STATES OF AMERICA;         )
and PENNY M. FAIRES, M.D.,        )
and SCOTT KENNEDY, wife           )
and husband,                      )
                                  )
              Defendants.         )

---

DEPOSITION UPON ORAL EXAMINATION OF
CHASSIDY JONES, MA
February 25, 2015
Tacoma, Washington

---

Taken Before:
Kristin D. Manley, RPR, CCR
Registered Professional Reporter
of
Capitol Pacific Reporting, Inc.
2401 Bristol Court SW, Suite C-103, Olympia, WA 98502
Tel (360) 352-2054  Fax (360) 705-6539  Toll Free (800) 407-0148
Tacoma, WA            Seattle, WA           Aberdeen, WA
(253) 564-8494       (206) 622-9919        (360) 532-7445

Chehalis, WA          Bremerton, WA
(360) 330-0262        (360) 373-9032
www.capitolpacificreporting.com
admin@capitolpacificreporting.com

6

1    Q    Do you - do you split your time between the two?

2    A    No.

3    Q    What years did you work at the Aberdeen clinic?

4    A    From 2007 to 2011.

5    Q    Okay.  And then when have you worked at the Ocean Shores

6        clinic?

7    A    Since then.

8    Q    Okay.

9    A    Since 2011.

10   Q    What is your educational background?

11   A    High school graduate and certificate holder of medical

12       assistant and education from Bryman College.

13   Q    Where did you go to high school?

14   A    North Beach High School in Ocean Shores.

15   Q    And what education or training did you receive to get

16       the medical certificate?

17   A    It is a - Bryman College is a technical college and they

18       have a medical assistant course that you take.

19   Q    Okay.  And where is Bryman College located?

20   A    It is right down the street on Pacific Avenue in Tacoma.

21   Q    Okay.  What was your - what were your jobs or your job

22       titles at the Sea Mar clinic in Aberdeen?

23   A    Medical assistant.

24   Q    Okay.  Have you been a medical assistant the whole time

25       that you worked at Sea Mar?

CHASSIDY JONES, MA - by Mr. Kahler

7

1   A   No.   I had one year where I was a care coordinator.

2   Q   And what are the - what are the responsibilities of a

3       medical assistant?

4   A   Medical assistant?  You room patients and do vitals and

5       input their history and do invasive procedures,

6       injections, some lab work and help the provider with

7       invasive procedures and toenail removals, things such as

8       that.

9   Q   And what were your responsibilities as a care

10      coordinator?

11  A   Chronic disease management and goal setting for people

12      with chronic conditions.

13  Q   Okay.  When did you get your medical assistant

14      certification?

15  A   2006.

16  Q   And when did you graduate from high school?

17  A   2002.

18  Q   What did you do between 2002 and getting your medical

19      assistant certification?

20  A   I worked as assistant manager and projectionist at the

21      Ocean Shores movie theater.

22  Q   Okay.  During the time that you have been at the Sea Mar

23      Ocean Shores clinic, what - what physician - how many

24      physicians have they had at that clinic?

25  A   It is going to take me awhile.

CHASSIDY JONES, MA - by Mr. Kahler

10

| 1 | A | Dr. Stokan and Penny Faires. |
|---|---|---|
| 2 | Q | And do you recall what physicians worked there in 2011? |
| 3 | A | Dr. Stokan and Scott Haga. |
| 4 | Q | How long had Scott Haga worked there? |
| 5 | A | At the Ocean Shores clinic was three years. |
| 6 | Q | Was Penny Faires brought on to replace Scott Haga? |
| 7 | A | Yes. |
| 8 | Q | Do you know where Scott Haga went? |
| 9 | A | Michigan. |
| 10 | Q | Okay. |

11          MR. FAIN:  Can you spell Haga?  Some of these

12     names I'm not getting.

13          THE WITNESS:  H-A-G-A.

14          MR. FAIN:  Thank you.

15     BY MR. KAHLER:

| 16 | Q | Who replaced Penny Faires? |
|---|---|---|
| 17 | A | Hien Bowen, H-I-E-N, B-O-W-E-N. |
| 18 | Q | And how long was he at the Ocean Shores clinic? |
| 19 | A | She was -- |
| 20 | Q | Or she. |
| 21 | A | -- was there six months. |
| 22 | Q | Do you know whether - whether Scott Haga was a Sea Mar |
| 23 |   | employee? |
| 24 | A | Yes. |
| 25 | Q | Do you know whether Penny Faires was a Sea Mar employee? |

1    A    Yes.

2    Q    And Dr. McGriff, is that a Sea Mar employee?

3    A    No.

4    Q    Who - you said it was Debra Thomas that told you that

5         Dr. Faires was a locum tenens?

6    A    Yes.

7    Q    What did she tell you?

8    A    That since Scott was gone, that we would have temporary

9         providers that would come in to be the . . .

10

11

12                        (Knock on conference room door.)

13

14

15        MS. CHAN:  Off the record.  I'm sorry.

16

17

18                        (Brief discussion off the

19                         record.)

20

21        THE WITNESS:  Okay.  So that since Scott left

22   there had to be - that there was a locum tenens provider

23   coming in to lighten Dr. Stokan's patient panel.

24   BY MR. KAHLER:

25   Q    And by "patient panel," you mean her patient load or --

20

```
 1        kinds of things you have done trainings on?
 2   A    Hand washing, immunizations.  We do blood pathogens and
 3        pandemic flu trainings, natural disaster trainings.
 4   Q    How many days a week did Dr. Faires work at the Ocean
 5        Shores clinic when she was there?
 6   A    Five days a week.
 7
 8
 9                              (Deposition Exhibit No. 2
                                marked for identification.)
10
11
12        BY MR. KAHLER:
13   Q    Okay.  Exhibit 2 is a patient schedule and it is cut off
14        a little bit on the left-hand side, but the first two
15        pages are for April 25th, 2012 and then the next two
16        pages are for May 7th, 2012 and then the last two pages
17        are for May 15th, 2012.  And this is for Dr. Faires.
18        And if you look at the - at the first page, it indicates
19        that there is a patient scheduled every 15 minutes.  Was
20        that the typical patient schedule for the physicians at
21        the Ocean Shores clinic?
22   A    Yes.
23   Q    How much did you - or often would you work with
24        Dr. Faires' - Faires' patients as opposed to
25        Dr. Stokan's patients?
```

CHASSIDY JONES, MA - by Mr. Kahler

21

1    A    I was the MA assigned to Dr. Faires.

2              MR. FAIN:  I'm sorry.  I didn't hear that.  What

3         did you just say?

4              THE WITNESS:  I was assigned to Dr. Faires.

5              MS. CHAN:  Do you need water?

6              THE WITNESS:  Yeah.  Thank you.

7              MS. CHAN:  Yeah.

8         BY MR. KAHLER:

9    Q    In terms of the patient schedule, did Dr. Faires

10        generally stay pretty close to the schedule times or did

11        she generally fall behind or was there any pattern in

12        that regard?

13   A    I'm trying to think.  Usually she would be on time.

14   Q    Do you recall who Alisha Briggs is?

15   A    Yes.

16   Q    Okay.  What do you recall about her?

17   A    Her as a person.

18   Q    Did you see her on a number of occasions?

19   A    At the clinic?

20   Q    (Nods head.)

21   A    When she had appointments, yes.

22   Q    Did you have any contact with her outside of the clinic?

23   A    No.

24   Q    Do you recall any particular conversations that you had

25        with her?

CHASSIDY JONES, MA - by Mr. Kahler

22

1   A   Inside the clinic?

2   Q   In the clinic.

3   A   Usually when you take the patient back, you ask them

4       what they are there for and then make sure that the

5       provider sees them and hope they have a nice day.

6   Q   Did you ever have any discussion with Alisha Briggs

7       about Dr. Faires' employment relationship with Sea Mar?

8   A   No.

9   Q   Did you ever tell her that Dr. Faires was a locum tenens

10      or that she wasn't employed by Sea Mar?

11  A   They - usually if they ask if they are temporary, then

12      we will give them a "yes" or "no."

13  Q   And do you recall Alisha Briggs ever asking you what

14      Dr. Faires' status was?

15  A   No.

16  Q   Okay.  And you don't recall ever telling her that

17      Dr. Faires was a temporary physician there?

18  A   No.

19  Q   Were the names of the physicians at the clinic listed

20      anywhere in the lobby area of the clinic?

21  A   We have a board that's a whiteboard and it has the names

22      of the providers and usually we write the number if they

23      do run behind on the board.

24  Q   So the whiteboard would have the names of the providers

25      and it would say 30 minutes or --

23

1    A    Yeah, 30 minutes, 15 minutes or --

2    Q    Okay.  Did Dr. Faires have any kind of a jacket or

3         uniform of any kind that she wore at the Sea Mar clinic

4         in Ocean Shores?

5    A    She wore a white coat over her business attire and she

6         had a badge with her name and picture on it.

7    Q    And did the coat that she wore, did it have her name or

8         Sea Mar's name or anything on it?

9    A    I think it just had the medical symbol on it.

10   Q    Okay.

11   A    I don't remember if it had her name on it.

12   Q    During the time that Dr. Faires was working at the Ocean

13        Shores clinic, was there anyone else working at the

14        clinic who, to your knowledge, was not a Sea Mar

15        employee?

16   A    No.

17   Q    Can you describe for me generally what medical services

18        the Sea Mar Ocean Shores clinic provides?

19   A    Patient care.

20   Q    And is it generally family practice --

21   A    Family practice.

22   Q    -- or primary care?

23   A    Yes.

24             MS. CHAN:  Wait until he finishes the question.

25             THE WITNESS:  Okay.

CHASSIDY JONES, MA - by Mr. Kahler

27

| | | |
|---|---|---|
| 1 | Q | Okay.  And then under "Vitals" there is a time listed |
| 2 | | there.  What does that - it says, "1:28 p.m.."  What |
| 3 | | does that time indicate? |
| 4 | A | When the vitals were started or finished. |
| 5 | Q | Okay.  And then right below that it says, "4-25-2012, |
| 6 | | 1:24 p.m.."  Do you know what that time indicates? |
| 7 | A | No. |
| 8 | Q | And under "Vitals," it says, "Pain Level:  6 out of 10." |
| 9 | | How do you get that information from the patient? |
| 10 | A | You ask the patient their pain level, one being the |
| 11 | | lowest and 10 being the highest. |
| 12 | Q | Okay.  Was Sea Mar using at the Ocean Shores clinic |
| 13 | | entirely electronic medical records for patient visits |
| 14 | | in 2012? |
| 15 | A | For patient visits - for patient office visits, yes. |
| 16 | Q | Okay.  How long would you normally spend with the |
| 17 | | patient to go through your part of the office visit? |
| 18 | A | It can take seven minutes to 15 minutes. |
| 19 | Q | And were there computers in the exam rooms or did you |
| 20 | | use a laptop or what type of equipment did you have? |
| 21 | A | Every MA has a laptop that they bring with them to each |
| 22 | | room. |
| 23 | Q | Okay.  And then did Dr. Faires have her own laptop that |
| 24 | | she brought with her? |
| 25 | A | Yes. |