Exhibit 8

SUPERIOR COURT OF WASHINGTON FOR GRAYS HARBOR COUNTY

| | |
|---|---|
| ALISHA BRIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>SEA-MAR COMMUNITY HEALTH CENTERS; and PENNY M. FAIRES, M.D. and JOHN DOE FAIRES, wife and husband,<br><br>    Defendants. | No. 13-2-00819-6<br><br>PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT PENNY FAIRES, M.D. |

TO:  PENNY FAIRES, M.D., Defendant;

AND TO: Thomas H. Fain and Rebecca L. Penn of Fain Anderson VanDerhoef, PLLC, her attorneys.

In accordance with CR 33, Rules for Superior Court, please answer the following interrogatories separately and fully, under oath, within thirty (30) days of the date of service of these interrogatories upon you.  <u>These interrogatories are continuing and you are requested to provide any information that alters or augments the answers now given.</u>

**Note:** These interrogatories and requests for production are in Word format and are available electronically on request by e-mailing jodyh@stritmatter.com.

### REQUESTS FOR PRODUCTION

In accordance with CR 34, Rules for Superior Court, plaintiff further requests that defendant produce the documents designated herein at the offices of Stritmatter Kessler Whelan

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT PENNY FAIRES, M.D.- 1

1  ANSWER: I presume that the medical records will address statements made by Alisha
2  Briggs concerning her condition at various times, as indicated in the medical records. As of
3  this time, I do not have any medical records to review. Postoperatively, I recall that Ms.
4  Briggs told me that her surgeon had said that her case was very unusual, and it was very
5  unusual for such a young patient to have cauda equina syndrome. I also recall my
6  discussions with Ms. Briggs, wherein she denied having any weakness, or bowel or bladder
7  problems.

INTERROGATORY NO. 12: In 2012, were you a partner, shareholder, member or employee of any entity that was in the business of providing medical services? If so, please state the name of the entity and your relationship to it.

ANSWER: No.

INTERROGATORY NO. 13: Please describe the nature of your business/professional relationship, if any, with Sea Mar Community Health Centers in 2012.

ANSWER: Locum tenens.

REQUEST FOR PRODUCTION NO 4: Please produce copies of any contracts or agreements between you and Sea Mar Community Health Centers in 2012, or other written documents describing the relationship between you and Sea Mar Community Health Centers in 2012.

RESPONSE: See attached contract with Sea Mar.

INTERROGATORY NO. 14: If you no longer have a business/professional relationship with Sea Mar Community Health Centers, please state the reason(s) why you are no longer affiliated with Sea Mar Community Health Centers.

ANSWER: My locum tenens period was completed.

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT PENNY FAIRES, M.D.- 11

STRITMATTER KESSLER WHELAN COLUCCIO

413 -8th Street
Hoquiam, WA 98550
Tel: 360-533-2710

## CERTIFICATION

The undersigned attorney for Defendant Penny Faires, MD has read the foregoing answers and responses to Plaintiff's First Interrogatories and Requests for Production Directed to Penny Faires, MD, and certifies they are in compliance with CR 26(g).

Dated: 1/13/14

Signed: Thomas Hair

## DECLARATION

PENNY FAIRES, MD, declares under penalty of perjury under the laws of the State of Washington: I am one of the Defendants in the above-entitled action; I have read the foregoing answers and responses to Plaintiff's First Interrogatories and Requests for Production Directed to Penny Faires, MD, know the contents thereof, and believe the same to be true.

Signed at: Seattle, WA
(City, State)

Date: 1/11/14

PENNY FAIRES, MD

PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT PENNY FAIRES, M.D.- 21

STRITMATTER KESSLER WHELAN COLUCCIO

413 - 8th Street
Hoquiam, WA 98550
Tel. 360-533-2710

Exhibit 9

/12/2014 4:11:26PM

# Appointment Detail Report
## SeaMar Community Health Centers

| pt Date & Time | Sched Loc | Sched Dept | Resource | Appt Type Comments | Duration | Encounter No. | Status |
|---|---|---|---|---|---|---|---|
| esource: Faires, Penny | | | | | | | |
| tient: 25/12 9:00 am | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| tient: '25/12 9:15 am | OSMD | H: OSMD | Ext: home DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /25/12 9:30 am | OSMD | H: OSMD | DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /25/12 9:45 am | OSMD | H: OSMD | Ext: Cell W: FAIRPENN | Ext: DOB: | 15 | | Acknowledged |
| atient: /25/12 10:00 am | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /25/12 10:15 am | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /25/12 11:00 am | OSMD | H: OSMD | Ext: Home W: FAIRPENN | Ext: Cell DOB: | 15 | | Acknowledged |
| atient: /25/12 11:15 am | OSMD | H: OSMD | Ext: Cell W: FAIRPENN | DOB: | 15 | | Acknowledged |
| Patient: 4/25/12 11:30 am | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 4/25/12 1:00 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 4/25/12 1:15 pm | OSMD | H: OSMD | Ext: home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 793180 Alisha Briggs 4/25/12 1:30 pm | OSMD | H: 360 591-6097 OSMD | Ext: Cell W: 360 591-6098 Ext: Cell DOB: 08/21/1989 FAIRPENN | zzzNP NP muscle spasms/CHPW HO | 15 | 5912350 | Acknowledged |
| Patient: 4/25/12 1:45 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 4/25/12 2:00 pm | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 4/25/12 2:15 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 4/25/12 2:30 pm | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 4/25/12 2:45 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 4/25/12 3:00 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |

USA_000151

2/12/2014 4:11:26PM

# Appointment Detail Report
## SeaMar Community Health Centers

Page: 2

| ppt Date & Time | Sched Loc | Sched Dept | Resource | Appt Type Comments | Duration | Encounter No. | Status |
|---|---|---|---|---|---|---|---|
| esource: Faires, Penny | | | | | | | |
| atient: /25/12 3:15 pm | OSMD | H: OSMD | DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /25/12 3:30 pm | OSMD | H: OSMD | Ext: cell W: FAIRPENN | Ext: home | 15 | | Acknowledged |
| atient: /25/12 3:45 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /25/12 4:00 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /25/12 4:15 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| atient /25/12 4:30 pm | OSMD | H: OSMD | Ext: Cell DOB FAIRPENN | | 15 | | Acknowledged |

2/12/2014 4:12:36PM

# Appointment Detail Report
## SeaMar Community Health Centers

Page: 1

| Appt Date & Time | Sched Loc | Sched Dept | Resource | Appt Type Comments | Duration | Encounter No. | Status |
|---|---|---|---|---|---|---|---|
| Resource: Faires, Penny | | | | | | | |
| Patient: 5/7/12 9:00 am | OSMD | H: OSMD | Ext: Home W: FAIRPENN | DOB: | 15 | | Acknowledged |
| Patient: 5/7/12 9:15 am | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 9:30 am | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 9:45 am | OSMD | H: OSMD | Ext: Work W: FAIRPENN | Ext: Home DOB: 15 | | | Acknowledged |
| Patient: 5/7/12 10:00 am | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 10:15 am | OSMD | H: OSMD | Ext: Cell W: FAIRPENN | DOB: 15 | | | Acknowledged |
| Patient: 5/7/12 10:30 am | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 10:45 am | OSMD | H: OSMD | Ext: Cell W: FAIRPENN | DOB: 15 | | | Acknowledged |
| Patient: 5/7/12 11:00 am | OSMD | H: OSMD | DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 11:15 am | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 11:30 am | OSMD | H: OSMD | Ext: home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 1:00 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 1:15 pm | OSMD | H: OSMD | Ext: Home W: FAIRPENN | Ext: Cell DOB: 15 | | | Acknowledged |
| Patient: 793180 Alisha Briggs 5/7/12 1:30 pm | OSMD | H: 360 591-6097 OSMD | Ext: Cell W: 360 591-6098 Ext: Cell FAIRPENN | DOB: 08/21/1989 MFOLLOUP pt is still having muscle spasms and previous problems | 15 | 6179620 | Acknowledged |
| Patient: 5/7/12 1:45 pm | OSMD | H: OSMD | Ext: cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 2:00 pm | OSMD | H: OSMD | Ext: Cell W: FAIRPENN | Ext: msg DOB: 15 | | | Acknowledged |
| Patient: 5/7/12 2:30 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/7/12 2:45 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |

USA_000153

2/12/2014 4:12:36PM

# Appointment Detail Report
## SeaMar Community Health Centers

Page: 2

| ppt Date & Time | Sched Loc | Sched Dept | Resource | Appt Type Comments | Duration | Encounter No. | Status |
|---|---|---|---|---|---|---|---|
| **Resource: Faires, Penny** | | | | | | | |
| atient: /7/12 3:00 pm | OSMD | H: OSMD | | Ext: Cell  DOB: FAIRPENN | 15 | | Acknowledged |
| atient: /7/12 3:30 pm | OSMD | H: OSMD | | Ext: Cell  DOB: FAIRPENN | 15 | | Acknowledged |
| atient: /7/12 4:00 pm | OSMD | H: OSMD | | Ext: Home  DOB: FAIRPENN | 15 | | Acknowledged |
| atient: /7/12 4:30 pm | OSMD | H: OSMD | | Ext: Cell  DOB: FAIRPENN | 15 | | Acknowledged |

2/12/2014 4:14:58PM

# Appointment Detail Report
## SeaMar Community Health Centers

Page. 1

| ppt Date & Time | Sched Loc | Sched Dept | Resource | Appt Type Comments | Duration | Encounter No. | Status |
|---|---|---|---|---|---|---|---|
| Resource: Faires, Penny | | | | | | | |
| atient: /15/12 10:30 am | OSMD | H: OSMD | Ext: Cell W: FAIRPENN | Ext: MSG DOB: 15 | | | Acknowledged |
| atient: /15/12 11:00 am | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /15/12 11:15 am | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /15/12 11:30 am | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /15/12 11:45 am | OSMD | H: OSMD | Ext: home DOB: FAIRPENN | | 15 | | Acknowledged |
| atient: /15/12 12:00 pm | OSMD | H: OSMD | Ext: home W: FAIRPENN | DOB: 15 | | | Acknowledged |
| Patient: 5/15/12 12:45 pm | OSMD | H: OSMD | Ext: Cell W: FAIRPENN | Ext: Home DOB: 15 | | | Acknowledged |
| Patient: 5/15/12 1:00 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 1:15 pm | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 1:30 pm | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 793180 Alisha Briggs 5/15/12 3:00 pm | OSMD | H: 360 591-6097 OSMD | Ext: Cell W: 360 591-6098 Ext: Cell FAIRPENN MFOLLOUP FU Sciatica | DOB: 08/21/1989 15 | | 6545160 | Acknowledged |
| Patient: 5/15/12 3:15 pm | OSMD | H: OSMD | Ext: cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 3:30 pm | OSMD | H: OSMD | DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 3:45 pm | OSMD | H: OSMD | DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 4:15 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 4:30 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 4:30 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 4:45 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |

USA_000155

2/12/2014 4:14:58PM

# Appointment Detail Report
## SeaMar Community Health Centers

Page: 2

| ppt Date & Time | Sched Loc | Sched Dept | Resource | Appt Type Comments | Duration | Encounter No. | Status |
|---|---|---|---|---|---|---|---|
| **Resource: Faires, Penny** | | | | | | | |
| Patient: /15/12 5:00 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: /15/12 5:15 pm | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: /15/12 5:30 pm | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 5:45 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 6:00 pm | OSMD | H: OSMD | Ext: Cell DOB: FAIRPENN | | 15 | | Acknowledged |
| Patient: 5/15/12 6:15 pm | OSMD | H: OSMD | Ext: Cell W: FAIRPENN | Ext: Home DOB: 15 | | | Acknowledged |
| Patient: 5/15/12 6:30 pm | OSMD | H: OSMD | Ext: Home DOB: FAIRPENN | | 15 | | Acknowledged |

USA_000156