Exhibit 10

SEA MAR COMMUNITY HEALTH CENTERS          REFERRAL DEPARTMENT

TITLE:        Documentation to Accompany the Referral
NUMBER:    2000.305

POLICY

It is the policy of Sea Mar Community Health Centers that all Referral requests submitted to the
Referral Department meets Milliman/Optimum Care Guidelines and Medical Policy 300.0162
criteria.  In addition, they must be accompanied with appropriate documentation to justify and
facilitate the effective and efficient transference of patient care to the specialist. This
documentation is determined by the provider.

POLICY STATEMENT

1.  It is the provider's discretion what will be used in deciding what chart notes, labs, and
    other documentation needs to be sent with the referral.  This decision should be noted in
    the space provided on the specific prompts.  .  Specialists may also request that certain
    things be sent or that certain tests be performed prior to their consultation.

2.  Sea Mar providers have access to a website sponsored by CHPW that lists what tests to do
    prior to referring the patient to a particular specialty for a particular diagnosis.  This is
    called the Milliman/Optimum Care guidelines.  The information collected from specialist
    focus groups will be used as the standard expectation, unless Sea Mar providers have had
    communication from their local specialists as to their particular preferences.

3.  Some Specialist requires that their referral form be completed.  For these specialists the
    provider shall complete the specialist form and have it scanned into medical records.

4.  It is expected that all PCP's and Locums adhere to the following expectations of Sea Mar
    prior to ordering a referral:
    a.  Milliman Care and Optimum Care Guidelines are to be followed prior to doing a
        referral unless it is an Emergency or an Exception Form has been processed.
    b.  As the PCP, we are required by our community specialist to do the work up on our
        pts.  The goal is have what the specialist needs to make a diagnosis and recommend
        treatment back to the clinic on the first visit.
    c.  For Example: Labs, EKG, Stress test, echocardiograms, colonoscopy, Upper or
        Lower GI's, Holter Monitor, etc.
    d.  As often as possible, we want to have the specialist evaluate and recommend
        treatment, so our pts, only have to deal with one system, Sea mar.

Effective Date:  September 1, 2004
Approved By:   Director of Utilization Management Department
Source:          Utilization Management/Review Manager
Revision Date:  October 1st, 2008

USA_001168

Exhibit 11

ge 1 of 5

ccount Inqu. _

# SeaMar Community Health Centers

PO Box 34703 Seattle WA 98124
Tel: (206) 764-3335 Fax: (206) 764-0489

**ACCOUNT INQUIRY**

12/12/2014 4:08 PM

**Account# 793180**

Guarantor Information:

Alisha Briggs
PO Box 121
Hoquiam, WA 98550

Home Tel#: (360) 591-6097 Ext Cell
Work Tel#: (360) 591-6098 Ext Cell

Patient Information:
Patient# 793180

Alisha Briggs
PO Box 121
Hoquiam, WA 98550

Home Tel#: (360) 591-6097 Ext Cell
Work Tel#: (360) 591-6098 Ext Cell

| Service Date | | | Voucher# | Refer. Dr. | | Provider | | | Chg Amt | Billed Date | | Age | Patient | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/25/2012 | | | 5912350 | | | FAIRPENN | | | $100.00 | | | 0 | Alisha Briggs | | |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | sys04/25/2012cboo01 | Updated | 04/26/2012 | Alisha Briggs | $15.00 | $15.00 | | | |

| Claim# | | Bill Media | | Billing Prov | | Local Use Text | | Orig Voucher# | | Orig Payor | | Orig Bill Date | | Orig Media | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5912350 | | | | STOKTHEI | | | | 5912350 | | CHPW | | 04/26/2012 | | Electronic | |

| Dates of Service | | | Procedure | Mods | | Description | | | Diag1 | Description | | TOS | | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/25/2012 | | | 99213 | | | Office Outpt Est | | | 728.85 | Spasm, muscle | | MEDICAL | | 1.00 | $100.00 |

| Service Date | | | Voucher# | Refer. Dr. | | Provider | | | Chg Amt | Billed Date | | Age | Patient: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/2012 | | | 6179620 | | | FAIRPENN | | | $100.00 | | | 0 | Alisha Briggs | | |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | sys05/08/2012cboo01 | Updated | 05/09/2012 | Alisha Briggs | $15.00 | $15.00 | | | |

12/12/2014

USA_000146

ccount Inqu.

**Claim# 6179620**

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 6179620 | | STOKTHEJ | | 6179620 | CHPW | 05/09/2012 | Electronic |

| Dates of Service | | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/2012 | | 99213 | | Office Outpt Est | 728.85 | Spasm, muscle | MEDICAL | 1.00 | $100.00 |

| Diag2 | Description | Diag3 | Diag4 | Description |
|---|---|---|---|---|
| 724.3 | Sciatica | | | |

| Service Date | Voucher# | Provider | Chg Amt | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|
| 05/15/2012 | 6545160 | FAIRPENN | $118.00 | | | Alisha Briggs |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | sys05/15/2012cboo01 | Updated | 05/16/2012 | Alisha Briggs | $15.00 | $15.00 | | 0 | Alisha Briggs |

**Claim# 6545160**

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 6545160 | | STOKTHEJ | | 6545160 | CHPW | 05/16/2012 | Electronic |

| Dates of Service | | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|
| 05/15/2012 | | 99213 | | Office Outpt Est | 724.3 | Sciatica | MEDICAL | 1.00 | $100.00 |
| 05/15/2012 | | 36415 | | Collj Ven Bld Vnpnxr | 724.3 | Sciatica | LAB | 1.00 | $18.00 |

| Service Date | Voucher# | Provider | Chg Amt | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|
| 06/07/2012 | 7236700 | FAIRPENN | $150.00 | | | Alisha Briggs |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | lag06/08/2012cboo01 | Updated | 06/08/2012 | Alisha Briggs | $15.00 | $15.00 | | 0 | Alisha Briggs |

**Claim# 7236700**

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 7236700 | | STOKTHEJ | | 7236700 | CHPW | 06/11/2012 | Electronic |

| Dates of Service | | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|
| 06/07/2012 | | 99214 | | Office Outpt Est | 344.60 | Syndrome, cauda equina NOS | MEDICAL | 1.00 | $150.00 |

| Service Date | Voucher# | Provider | Chg Amt | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|
| | | | | | | |

USA_000147

12/12/2014

ccount Inqu...

07/06/2012          7291010          FAIRPENN          $75.00          0 Alisha Briggs

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | Iag07/09/2012cboo001 | Updated | 07/10/2012 | Alisha Briggs | $15.00 | $15.00 | | | |

| Claim# | Bill Media | Billing Prov | | Local Use Text | | Orig Voucher# | | Orig Payor | Orig Bill Date | | Orig Media |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7291010 | | STOKTHEJ | | | | 7291010 | | CHPW | 07/10/2012 | | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | | | TOS | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|
| 07/06/2012 | 99212 | | Office Output Est 10 Min | 344.60 | Syndrome, cauda equina NOS | | MEDICAL | 1.00 | $75.00 |

| Service Date | Voucher# | Provider | | Chg Amt | Billed Date | | Age | Patient |
|---|---|---|---|---|---|---|---|---|
| 08/06/2012 | 9036730 | FAIRPENN | | $75.00 | | | | 0 Alisha Briggs |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | RCP08/08/2012CBOB01 | Updated | 08/09/2012 | Alisha Briggs | $15.00 | $15.00 | | | |

| Claim# | Bill Media | Billing Prov | | Local Use Text | | Orig Voucher# | | Orig Payor | Orig Bill Date | | Orig Media |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9036730 | | STOKTHEJ | | | | 9036730 | | CHPW | 08/09/2012 | | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | | | TOS | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|
| 08/06/2012 | 99212 | | Office Output Est 10 Min | 344.60 | Syndrome, cauda equina NOS | | MEDICAL | 1.00 | $75.00 |

| Service Date | Voucher# | Provider | | Chg Amt | Billed Date | | Age | Patient |
|---|---|---|---|---|---|---|---|---|
| 09/06/2012 | 9062810 | FAIRPENN | | $75.00 | | | | 0 Alisha Briggs |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | MRJ09/11/2012CBOO001 | Updated | 09/12/2012 | Alisha Briggs | $15.00 | $15.00 | | | |

| Claim# | Bill Media | Billing Prov | | Local Use Text | | Orig Voucher# | | Orig Payor | Orig Bill Date | | Orig Media |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9062810 | | STOKTHEJ | | | | 9062810 | | CHPW | 09/12/2012 | | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | | | TOS | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|
| 09/06/2012 | 99212 | | Office Output Est 10 Min | 344.60 | Syndrome, cauda equina NOS | | MEDICAL | 1.00 | $75.00 |

| Service Date | Voucher# | Provider | | Chg Amt | Billed Date | | Age | Patient |
|---|---|---|---|---|---|---|---|---|
| 10/03/2012 | 10752230 | FAIRPENN | | $150.00 | | | | 0 Alisha Briggs |

ge 4 of 5

ccount Inqu...

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | RCP10/05/2012CBOB01 | Updated | 10/08/2012 | Alisha Briggs | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | | Local Use Text | | Orig Voucher# | | Orig Payor | Orig Bill Date | | Orig Media | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10752230 | | STOKTHEJ | | | | 10752230 | | CHPW | 10/08/2012 | | Electronic | |

| Dates of Service | Procedure | Mods | | Description | | Diag1 | Description | | TOS | | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2012 | 99214 | | | Office Outpt Est | | 344.60 | Syndrome, cauda equina NOS | | MEDICAL | | 1.00 | $150.00 |

| Diag2 | Description | | | | Diag3 | Description | | | Diag4 | Description | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276.8 | Hypopotassemia | | | | | | | | | | | |

| Service Date | Voucher# | | Provider | | | | | Chg Amt | Billed Date | | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2012 | 11380660 | | FAIRPENN | | | | | $100.00 | | | 0 | Alisha Briggs |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | NBO10/23/2012CBOO01 | Updated | 10/24/2012 | Alisha Briggs | $15.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | | Local Use Text | | Orig Voucher# | | Orig Payor | Orig Bill Date | | Orig Media | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11380660 | | STOKTHEJ | | | | 11380660 | | CHPW | 10/24/2012 | | Electronic | |

| Dates of Service | Procedure | Mods | | Description | | Diag1 | Description | | TOS | | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2012 | 99213 | | | Office Outpt Est | | 344.60 | Syndrome, cauda equina NOS | | MEDICAL | | 1.00 | $100.00 |

| Diag2 | Description | | | | Diag3 | Description | | | Diag4 | Description | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V64.09 | Vacin not done NEC | | | | | | | | | | | |

| Service Date | Voucher# | | Provider | | | | | Chg Amt | Billed Date | | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2012 | 11533100 | | FAIRPENN | | | | | $75.00 | | | 0 | Alisha Briggs |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSMD | OSMD | OSMD | | MR011/05/2012CBOO01 | Updated | 11/06/2012 | Alisha Briggs | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | | Local Use Text | | Orig Voucher# | | Orig Payor | Orig Bill Date | | Orig Media | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11533100 | | STOKTHEJ | | | | 11533100 | | AMGR HO | 11/06/2012 | | Electronic | |

12/12/2014

USA_000149

ccount Inq.

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt |
|---|---|---|---|---|---|---|---|---|
| 11/01/2012 | 99212 | | Office Outpt Est 10 Min | 344.60 | Syndrome, cauda equina NOS | MEDICAL | 1.00 | $75.00 |

12/12/2014